# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOSHUA SMITH and<br>MONICA POLCHES,<br><br>        Plaintiffs,<br><br>v.<br><br>TOWN OF MACHIAS, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Docket no. 1:17-CV-320-GZS<br>)<br>)<br>)<br>)<br>) |

## PROCEDURAL ORDER REGARDING
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In his Reply in support of his Motion for Summary Judgment, Defendant Scull raises several issues regarding what evidence is properly part of the summary judgment record and further asks the Court to "deem all of the Defendant's factual assertions to be admitted for the purposes of summary judgment [and] disregard the Plaintiffs'" Statement of Additional Facts. (ECF No. 39, PageID # 355.) The Court hereby ORDERS Plaintiffs to file a Sur-Reply, of no more than ten (10) pages, <u>addressing Section I of Defendant's Reply</u> by September 5, 2018. Specifically, Plaintiffs should address Defendant's contentions (1) that the surveillance video of the incident was not properly disclosed to Defendant, and (2) that the video is otherwise inadmissible.

The Court also notes that Defendant makes reference in his brief to an affidavit by attorney Wall addressing the disclosure issue. (<u>See</u> ECF No. 39, PageID # 353.) The Court, however, is unable to locate this affidavit in the record. The Court will disregard the Reply's citation to "Wall Aff." and the assertions supported by this citation unless Defendant files this affidavit by August 27, 2018.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 22nd day of August, 2018.