UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOSHUA SMITH, et al ) | |
| ) | |
| v.  ) | CIVIL NO. 1:17-cv-00320-GZS |
| ) | |
| TOWN OF MACHIAS, et al ) | |

## ORDER OF DISMISSAL

The only remaining claims in this case, claims as to defendant Officer William Scull, having been reported settled following a judicial settlement conference held on December 20, 2018, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs as to Officer William Skull, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

                                              CHRISTA K. BERRY
                                              CLERK

                                          BY:   /s/ Lindsey Caron
                                                     Deputy Clerk

Dated this 23rd day of January, 2019.